No. —, original. Ex parte Poresky. May 27, 1935. The motion for leave to file petition for writ of mandamus is denied. *Mr. Joseph Poresky, pro se.*

No. 976. Bass et al. *v.* Milledgeville et al. Motion submitted May 29, 1935. Decided June 3, 1935. *Per Curiam:* The motion to substitute L. N. Jordan as a party appellee is granted. The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the reason that the judgment sought herein to be reviewed is based upon a nonfederal ground adequate to support it. *Utley* v. *St. Petersburg,* 292 U. S. 106, 111–112; *Wood* v. *Chesborough,* 228 U. S. 672 *et seq.; Preston* v. *Chicago,* 226 U. S. 447, 450. *Mr. John R. L. Smith* for appellants. *Mr. Daniel MacDougald* for appellees.

No. 970. Hopkins Federal Savings & Loan Assn. et al. *v.* Cleary et al.;

No. 971. Reliance Building & Loan Assn. *v.* Same; and

No. 972. Northern Building & Loan Assn. *v.* Same. Motions submitted May 31, 1935. Decided June 3, 1935. *Per Curiam:* The motions of the appellees to dismiss the appeals herein are granted and the appeals are dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), writs of certiorari are granted. *Mr. Emery J. Woodall* for appellants. *Mr. Benjamin Poss* for appellees.